# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA District of California

KYPHON INC.

V.

LENNY C. PHAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

C 07 4295

JL

TO: (Name and address of Defendant)
LENNY C. PHAN
4445 Fairway Drive
Carrollton, Texas 75010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL A. JACOBS (CA SBN 111664), GRANT L. KIM (CA SBN 114989), RICHARD S.J. HUNG (CA SBN 197425)
MORRISON & FOERSTER, LLP
425 Market Street, San Francisco, CA 94105

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                          AUG 2 1 2007

CLERK                                                       DATE

(By) DEPUTY CLERK    MARY ANN BUCKLEY

American LegalNet, Inc
www.FormsWorkflow.com

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                         Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com