1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  GRANT L. KIM (CA SBN 114989)
   gkim@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA  94105
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff KYPHON INC.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 KYPHON INC.,                           Case No.

12                   Plaintiff,           **DISCLOSURE STATEMENT
                                          AND CERTIFICATION OF
13        v.                              INTERESTED ENTITIES OR
                                          PERSONS**
14 LENNY C. PHAN, an individual,

15                   Defendant.

16

17        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kyphon discloses that it has

18 no parent corporation.  Kyphon also discloses that it is a publicly-held company, but that no

19 publicly-held corporation owns 10% or more of its stock.  Pursuant to Civil Local Rule 3-16,

20 Kyphon certifies that, as of this date, other than the named parties, there is no such interest to

21 report.

22

23 Dated: August 21, 2007              MORRISON & FOERSTER LLP

24

25                                  By: _____
                                          Richard S.J. Hung
26                                        Attorneys for Plaintiff

27

28

---