# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA District of California

KYPHON INC.

**SUMMONS IN A CIVIL ACTION**

V.

LENNY C. PHAN

E-FILING

CASE NUMBER:

C 07 4295 JL

TO: (Name and address of Defendant)
LENNY C. PHAN
4445 Fairway Drive
Carrollton, Texas 75010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL A. JACOBS (CA SBN 111664), GRANT L. KIM (CA SBN 114989), RICHARD S.J. HUNG (CA SBN 197425)
MORRISON & FOERSTER, LLP
425 Market Street, San Francisco, CA 94105

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                      AUG 2 1 2007
_____                         _____
CLERK                                                   DATE

_____
(By) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc
www.FormsWorkflow.com

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                  *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

RICHARD S.J. HUNG (SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : KYPHON INC.

Defendant : LENNY C. PHAN

Ref#: 220553        *    **PROOF OF SERVICE**    Case No.: C 07 4295

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT, BREACH OF CONTRACT & CONVERSION; DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served      : LENNY C. PHAN

    By serving        : Sheila Bich-Ha Nguyen, Paralegal

    Address           : Law Offices of Phuc Dinh Do, Esq.
                        181 S. King Road
                        San Jose, CA 95116

    Date of Service: August 22, 2007

    Time of Service: 12:45 PM

Person who served papers:
JAVIER BARAONA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $161.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 118
(iii) County: Marin

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 23, 2007                    Signature_____ *JBaraona*