AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of California___ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>CV 07-04295 JL | DATE FILED<br>8/21/07 | U.S. DISTRICT COURT<br>Northern District of California, San Francisco Division |
|---|---|---|
| PLAINTIFF<br>KYPHON INC | | DEFENDANT<br>LENNY C. PHAN |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | COMPLAINT ATTACHED |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

10-2-07  Consent Judgment Attached

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gloria Acevedo | DATE  10-3-07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

```
 1  MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
 2  GRANT L. KIM (CA SBN 114989)
    gkim@mofo.com
 3  RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, CA  94105
    Telephone: (415) 268-7000              E-filing
 6  Facsimile: (415) 268-7522

 7  Attorneys for Plaintiff KYPHON INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> LENNY C. PHAN, an individual, <br><br> Defendant. | Case No.   07-4295-JL <br><br> **STIPULATED CONSENT JUDGMENT & [PROPOSED] ORDER** <br><br> ENTERED IN CIVIL DOCKET 10-2-07 |

On August 21, 2007, Kyphon Inc. filed this action against Lenny Chi Phan. In its Complaint, Kyphon alleged that Mr. Phan had willfully infringed and was continuing to willfully infringe U.S. Patent Nos. 6,607,544, 6,623,505, and 6,979,341 (collectively, the "Patents"). Kyphon also alleged that Mr. Phan had converted certain of Kyphon's kyphoplasty-related equipment, products, and materials during and after his employment with Kyphon. Kyphon further alleged that Mr. Phan had breached his April 5, 2000 Proprietary Information Agreement with Kyphon by using Kyphon's confidential information to assist Peter Park's manufacture and sale of inflatable bone tamps ("IBTs") and IBT-related components and by manufacturing and selling his own IBTs and IBT-related components.

On August 28, 2007, Kyphon and Mr. Phan entered into a Settlement Agreement to resolve this action.

NOW, THEREFORE, Kyphon and Mr. Phan having entered into the Settlement Agreement and consented to judgment as follows, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that:

1. This Court has jurisdiction over Kyphon and Mr. Phan and the subject matter of this action;

2. Kyphon owns and has standing to sue for infringement of the Patents;

3. Mr. Phan stipulates and agrees that the Patents are valid and enforceable and agrees not to challenge the validity or enforceability of the Patents in any proceeding, whether in a district court action or before the Patent and Trademark Office;

4. Mr. Phan converted certain of Kyphon's kyphoplasty-related equipment, products, and materials during and after his employment with Kyphon, including: (1) three programmable logic controllers ("PLCs") for use in Kyphon's bonding machines; and (2) the heating elements for a balloon blowing machine;

5. Mr. Phan breached his Proprietary Information Agreement with Kyphon by using Kyphon's confidential information to assist Mr. Park's manufacture of IBTs and IBT-related components in the United States and Mr. Park's sale of those products to companies in the Republic of Korea, including Taewoong Medical Co., Ltd. ("Taewoong");

6. Mr. Phan breached his Proprietary Information Agreement with Kyphon by personally manufacturing IBTs and IBT-related components in the United States

and selling those products to companies in the Republic of Korea, including Hanmi Meditech Inc. ("Hanmi") and M-Tech Med Korea, Ltd. ("M-Tech");

7. Mr. Phan willfully infringed the Patents by assisting Mr. Park with the manufacture of IBTs and IBT-related components in the United States and the sale of those products to companies in the Republic of Korea, including Taewoong;

8. Mr. Phan willfully infringed the Patents by personally manufacturing IBTs and IBT-related components in the United States and selling those products to companies in the Republic of Korea, including Hanmi and M-Tech;

9. Mr. Phan represents that, as of April 2007, he ceased manufacturing or selling IBTs, IBT-related components, or other kyphoplasty-related products;

10. Mr. Phan represents that that he has turned over any IBTs, IBT-related components and equipment, or kyphoplasty-related components or equipment in his possession to Kyphon;

11. Judgment is hereby entered in favor of Kyphon on its claims of willful infringement, conversion, and breach of the Proprietary Information Agreement.

12. Mr. Phan is permanently enjoined from infringing the Patents by (i) making, using, selling, offering for sale, importing, or exporting IBTs, IBT-related components, or kyphoplasty-related products for the later of the life of the Patents or until August 28, 2017, and (ii) encouraging, causing, inducing, assisting, or contributing in any way to the efforts of any third party to do any of the foregoing for later of the life of the Patents or until August 28, 2017;

13. Phan shall pay the sum of $120,000 to Kyphon. The first $20,000 of this payment to Kyphon shall be made by September 12, 2007. The remaining $100,000 of this payment to Kyphon shall be made by December 26, 2007.

14. Subject to compliance with this Order and the Settlement Agreement, Kyphon releases Mr. Phan, but not any other person or party, including Mr. Phan's direct or indirect suppliers or direct or indirect customers, of any claims relating to his willful infringement of the Patents, his conversion of Kyphon's belongings, and his breach of his Proprietary Information Agreement that currently are known to Kyphon and that occurred before the Effective Date of the Settlement Agreement;

15. The Court has and retains jurisdiction over the parties to this action and the subject matter of this litigation and over any action to enforce or modify this Order or the Settlement Agreement between the parties;

16. In any suit to enforce the terms of this Order and the Settlement Agreement between the parties, the party seeking enforcement shall be entitled to its reasonable attorneys' fees and costs if that party demonstrates that there was a violation of the terms of this Order or the Settlement Agreement;

17. Kyphon's complaint against Mr. Phan is dismissed without prejudice; and

18. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Larson]

1  SO STIPULATED:

2
   /s/ Richard S.J. Hung                          /s/ Phuc Dinh Do
3  Michael A. Jacobs                              Phuc Dinh Do
   mjacobs@mofo.com                               Bernard Maryanski
4  Grant Kim                                      lawofficesofphucdinhdo@gmail.com
5  gkim@mofo.com                                  LAW OFFICES OF PHUC DINH DO
   Richard S.J. Hung                              181 South King Road
6  rhung@mofo.com                                 San Jose, CA  95116-2527
   MORRISON & FOERSTER LLP                        Telephone:  (408) 254-9991
7  425 Market Street                              Facsimile:  (408) 254-2971
   San Francisco, CA  94105-2482
8  Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

10 *Attorneys for Plaintiff*                      *Attorneys for Defendant*
   *Kyphon Inc.*                                  *Lenny Chi Phan*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   STIPULATED CONSENT JUDGMENT & [PROPOSED] ORDER
   CASE NO. 07-4295 JL                                                      5
   sf-2396159

1  I attest that Phuc Dinh Do has authorized me to electronically sign this document on his
2  behalf.
3  Dated: September 27, 2007              MORRISON & FOERSTER LLP
4
5                              By: _____/S/_____
6                                         Richard S.J. Hung